*11092216*
*3052.81*

# CHIARI & ILECKI, LLP
**ATTORNEYS AND COUNSELORS AT LAW**
**14 LAFAYETTE SQUARE, SUITE 1440**
**BUFFALO, NEW YORK 14203**

GERALD CHIARI
WILLIAM ILECKI

SARA BULSON
BARBARA R. RIDALL
SUZANNE SMITH
KEITH ROSEBORO

HAROLD P. BULAN OF COUNSEL
MORRIS L. HORWITZ OF COUNSEL

TELEPHONES:
Erie County: (716)838-4300
(716)854-1332
Fax:(716)204-9728

August 3, 2011

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
Olympic Towers
300 Pearl Street, Ste. 250
Buffalo, NY 14202

Re: DIPASQUALE, JACK L.
Case #05-17756-K
Request to Deposit Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $3,058.81. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

X     I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

_     The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

Claimant:   PROVIDIAN  amount $2,530.00   Claims Register #7
Claimant:   PROVIDIAN  amount $  528.81   Claims Register #7I

**FILED**

AUG - 9 2011

BANKRUPTCY COURT
BUFFALO, N.Y.

/s/ Harold P. Bulan
Harold P. Bulan, Trustee

# Stale Check Report

**Trustee:** HAROLD P. BULAN (521350)

**Case:** 05-17756 - DIPASQUALE, JACK L.

**Account No.** 9200-23852130-66

**Check Amount** $3,058.81

| Cancelled Account No. | Claim No. | Cancelled Check No. | Check No. | Issued | Filed | Priority | Payee Claimant | Amount Filed | Amount Allowed | Paid to Date | Cancelled Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 118 | 08/02/11 | | | U.S. Bankruptcy Court | | | | |
| 9200-23852130-66 7 | 109 | | | | 01/20/10 | 610 | Providian<br>PO Box 660433<br>Dallas, TX 75266-0433 | 2,530.00 | 2,530.00 | 2,530.00 | 2,530.00 |
| 9200-23852130-66 71 | 116 | | | | 01/20/10 | 640 | Providian<br>PO Box 660433<br>Dallas, TX 75266-0433 | 528.81 | 528.81 | 528.81 | 528.81 |

(*) Denotes objection to Amount Filed    (I) Funds will be transferred from your JPMorgan Chase account to your BNY Mellon account within the next 3 business days.